United States District Court
Ninth Circuit

Plaintiff
Joseph Victor Lagana

v.

Democratic Party, Mark Zuckerberg
Kamala Harris (In Official and Individual Capacity)
Gavin Newsom (In Official and Individual Capacity)
Starbucks
Los Angeles Police Department
Burbank Police Department
Insomniac Events
Pasquale Rotella
Teresa Fierro
Adrian Fierro
Lisa Fierro
CDCR
State of California
Superior Court of California
Ralph's Market

Cause of Action

U.S.C. 42 § 1985 Conspiracy To Deprive Civil Rights
U.S.C. 42 § 1983 Deprivation Civil Liberties
RICO Act - Racketeering Influenced Corrupt Org
Treble Damages - Damages to make an example

## Factual Background

Lisa Fierro had been arguing with the Plaintiff on or around January 20th - February 2nd. These arguments had become exceedingly heated. She/Lisa Fierro verbally evicted the Plaintiff without proper cause on or around February 2nd 2021. She/Lisa Fierro contacted Burbank Police Department multiple times, Plaintiff needs exact dates and will provide in the next Amended complaint. Teresa Fierro has been manipulative, playing both sides/Plaintiff against Lisa Fierro. She/Teresa Fierro called Burbank Police Department to do a 5150 assesment on the Plaintiff. This is essentially a psych hold to keep Plaintiff off the streets essentially chilling Plaintiff's U.S. Const 1st Amendment/Freespeech right and Cal Const. 1st Amendment. Burbank Police Department is also complacent in chilling Plaintiff's Free Speech right

Lisa Fierro emptied Plaintiff's bank of an account taking roughly $250 (again this is just an estimate).

Lisa Fierro's actions give a foundation to Rico Act cause of action.

Plaintiff is also making claims against Lisa Fierro for taking $3,000+ out of Plaintiff's bank account while he was in custody. Plaintiff has started an investigation with his bank, and will provide further information as it becomes available. This will further solidify Plaintiff's RICO Act claim.

On or around Febrary 3rd 2021 Plaintiff was shopping at Ralph's on Magnolia Blvd in North Hollywood, CA. 2 unknown white males grabbed the Plaintiff from behind while he was searching for Yogurt. The proceeded to assault him while Ralph's security was present and security did nothing, security also forcibly removed Plaintiff from the Ralph's and the security refused to call 911

Once the Plaintiff was outside the two white males continued their assault, one of them took Plaintiff's cell phone (valued at $400) and slammed it onto the ground about 5 times. This was done in order to keep the Plaintiff from posting to Facebook, Instagram, and Documenting the continuous stalking and harassment by mostly followers of the Satanic religion and Insomniac Events/Pasquale Rotella. Plaintiff has essentially been blacklisted from the Electronic Dance Music scene by Pasquale Rotella and the Democratic Party because of the Plaintiff's political and religious beliefs. Plaintiff has been blocked from using FaceBook 3 times for posting vulgar music, essentially "deplatformed" and forced to use alternative social media, mainly his page at http://www.instagram.com/realDJTSUNAMI

Starbucks is complicit in Rico Act cause of action because multiple times from 2018 to the present Plaintiff has either been attacked or had police called on him to remove him from the Starbucks.

CDCR or California Department of Corrections is complicit under Rico Act because they placed the Plaintiff into a dangerous situation, homeless without assistance of finding immediate housing assistance.

All Defendants are responsible for conspiring to deprive the Plaintiff of his civil rights and shall be found liable under codes 42 USC §1983 and 42 USC §1985.

Plaintiff hereby demands a speedy jury trial, in front of a District court judge. Plaintiff respectfully declines/ refuses to be heard by a magistrate.

## Venue and Jurisdiction

The chosen venue is correct because the majority of Defendants do business in or around San Francisco.

## Damages & Jury Demand

Plaintiff again demands a speedy jury trial and ask for damage for callous indifference to his free speech rights, even using violent attacks to make the Plaintiff fearful of posting online and make him afraid to be loud and protest in public. Plaintiff claims damages for emotional distress and physical injuries, he also claims monetary damage for monetary loss against all defendants excluding Ralphs. Lastly Plaintiff asks for treble damages to make an example.

Plaintiff ask for damages in the amount of $308,000,000. This is to make an example of the Defendants.

## Associated Cases.

San Francisco Police department committed similiar free speech violations giving rise to a lawsuit in U.S. Dist. Ct. case # 4:08-475803

## Prayer

Plaintiff hereby submits asking for leave to amend this complaint. Plaintiff prays for judgement in his favor and prays the U.S. Attorney's office opens an investigation as well.

Joseph V. Lagana   2/6/2021

Respectfully submitted
under penalty of perjury



Joseph Victor Laguna
14850 Roscoe Blvd
Panorama City, CA 91402 (Temporary address)

United States Northern District of California
Attn: Clerk of the Court
450 Golden Gate Ave

RECEIVED
FEB 16 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

