UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH VICTOR LAGANA,<br>　　　　Plaintiff,<br>　　v.<br>DEMOCRATIC PARTY, et al.,<br>　　　　Defendants. | Case No. 21-02590 EJD (PR)<br>**ORDER OF TRANSER** |

　　　　Plaintiff, who is currently confined at the Twin Towers Correctional Facility in Los Angeles, filed a pro se civil rights complaint based on events that took place in Los Angeles. Dkt. No. 1. Plaintiff's recent letter updating his address also includes allegations regarding his current prison conditions. Dkt. No. 8. Although Plaintiff names Defendants who may be located within the Northern District, e.g., Governor Gavin Newsom, the events giving rise to this action occurred in Los Angeles and those involved are also located in Los Angeles, e.g. the Burbank Police Department and the Los Angeles Police Department. Dkt. No. 1 at 2-4. Because the relevant defendants for his claims reside in and the acts complained of occurred in Los Angeles County, which lies within the venue of the Western Division for the Central District of California, see 28 U.S.C. § 84(c), venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly,

this case is TRANSFERRED to the United States District Court for the Central District of California.  See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Western Division for the Central District of California.

**IT IS SO ORDERED.**

Dated: 4/16/2021

EDWARD J. DAVILA
United States District Judge

Order of Transfer
PRO-SE\EJD\CR.21\02590Lagana_transfer (CD)